# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| BOARDS OF TRUSTEES OF THE NORTHWEST IRONWORKERS HEALTH AND SECURITY FUND, et al., | |
|---|---|
| Plaintiffs, | NO. C18-335RSL |
| vs. | ORDER TO SHOW CAUSE |
| ROGUE IRONWORKS, LLC, a Washington limited liability company, Contractor's License No. ROGUEIL842DN, UBI No. 603590764, | |
| Defendant. | |

This matter comes before the Court sua sponte. The above entitled case was filed on March 5, 2018. The Clerk entered Default as to Rogue Ironworks, LLC., on May 14, 2018. No documents have been filed since May 14, 2018.

Plaintiff is hereby ORDERED TO SHOW CAUSE why the above-captioned case should not be dismissed for failure to prosecute pursuant to Local Civil Rule 41(b)(1). Plaintiff shall file a responsive brief no later than March 28, 2019. The Clerk of Court is directed to place this Order to Show Cause on the Court's calendar for Friday, March 29, 2019.

DATED this 12th day of March, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE